**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2887-17T4

U.S. BANK NA, Successor Trustee
to Bank of America, NA, successor
in interest to LaSalle Bank, NA, as
Trustee, on behalf of the holders
of The WAMU Mortgage Pass-
Through Certificates, Series 2006-
AR11,

      Plaintiff-Respondent,

v.

ELIZABETH MAXWELL n/k/a
ELIZABETH POPE and MR.
MAXWELL, her husband, MRS.
MANFREDI, MERIDIAN
HEALTHCARE, INC., STATE OF
NEW JERSEY, SANFORD DUBIN,
GITTO ELECTRIC CO INC,
UNIVERSITY MEDICAL GROUP
ROBERT WOOD JOHNSON,
CAPITAL ONE BANK USA, NA, and
MECHANICAL DYNAMICS INC
t/a BROADLEYS/MDI,

      Defendants,

and

JOHN MANFREDI,

       Defendant-Appellant.

_____

Submitted January 30, 2019 – Decided April 30, 2019

Before Judges Ostrer and Currier.

On appeal from Superior Court of New Jersey, Chancery Division, Atlantic County, Docket No. F-018463-15.

Gamburg & Benedetto, LLC, attorneys for appellant (Robert M. Gamburg, on the brief).

Eckert Seamans Cherin & Mellott, LLC, attorneys for respondent (Anita J. Murray, on the brief).

PER CURIAM

      This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2887-17T4